PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RAFAEL MENDEZ ESPARZA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RAFEL MENDEZ ESPARZA,<br>　　　　　Defendant. | CASE NO. CASE NO. 1:10-cr-00287-AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE<br><br>Date:  January 6, 2014<br>Time: 10:00a.m.<br><br>Honorable Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Rafael Mendez Esparza, that the sentencing date scheduled for December 9, 2013 at 1:30 p.m. be vacated and the sentencing date be continued to this Court's calendar on January 6, 2014, at 10:00 a.m. Mr. Martinez will be in the Eastern District of Washington for defendant Feliciano Sandoval Pantoja, Case no. 2:12-cr-06030-EFS, at 8:45a.m. on December 10, 2013, and will be flying out on December 9, 2013.

//

The court is advised that counsel have conferred about this request that they have agreed to the court date of January 6, 2014, and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

                                                Respectfully Submitted,

Dated: November 20, 2013                  /s/ Preciliano Martinez
                                                Preciliano Martinez
                                                Attorney for Defendant
                                                RAFAEL MENDEZ ESPARZA

Dated: November 20, 2013                  /s/ Kathleen A. Servatius
                                              Kathleen A. Servatius
                                                Assistant U.S. Attorney

### **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 9, 2013 sentencing date is hereby vacated and reset to January 6, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 20, 2013                                    _____
                                                            SENIOR  DISTRICT  JUDGE