# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:10-cr-287-AWI-2 |
| Plaintiff, | **ORDER DENYING REQUEST TO APPOINT PANEL COUNSEL** |
| v. | |
| **RAFAEL MENDEZ ESPARZA**, | |
| Defendants. | |

On October 23, 2015, Defendant Rafael Mendez Esparza filed a motion for appointment of counsel to assist him in filing a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). On October 27, 2015, the Court appointed the Federal Defender's Office pursuant to Eastern District of California General Order 546. On November 6, 2015, the Federal Defender's office withdrew from representation of the defendant and requested that the court appoint CJA panel counsel. The Court declines to do so.

The request for appointment of counsel filed on October 23, 2015, will not be construed as a motion for reduction of sentence. However, the defendant may file a *pro se* motion for reduction of sentence.

IT IS SO ORDERED.

Dated:   November 10, 2015                   _____
                                             SENIOR  DISTRICT  JUDGE

1